1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD MOORE, | ) | No. 1:14-cv-01243-SKO |
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) ) | |
| RAFAEL SANCHEZ SOLANO, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Rafael Sanchez Solano, Floricel Garcia dba La Kebrada Mexican Restaurant, and Esteban Nava dba La Kebrada Mexican Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 30, 2014                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff,
                                          Ronald Moore

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 1

COLEMAN & HOROWITT, LLP

*/s/ Keith M. White*
Keith M. White
Attorneys for Defendants,
Rafael Sanchez Solano, Floricel Garcia dba La Kebrada Mexican Restaurant, and Esteban Nava dba La Kebrada Mexican Restaurant

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated:   **November 3, 2014**                  **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE